No. 795. BANKERS TRUST CO., TRUSTEE, ET AL. *v.* NEW YORK. March 11, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit de-

nied. *Jesse E. Waid* for petitioners. *Nathaniel L. Goldstein,* Attorney General of New York, and *Orrin G. Judd,* Solicitor General, for respondent.